IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN MICHAEL REED, #221 812, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:20-CV-114-WHA |
| | ) | |
| T.C. CURLEE (MPD), *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It appears from a review of the proceedings in this matter, that service has not been perfected on Defendant T. C. Curlee. A review of the court docket reflects that this defendant's copy of the court's service package containing the complaint and order of procedure has been returned to the court marked as undeliverable. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Curlee, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that:

1. **On or before May 12, 2020,** Plaintiff shall furnish the clerk's office with the correct address for Defendant Curlee. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served. This is Plaintiff's responsibility; and

2. Plaintiff is cautioned that if he fails to comply with this order, Defendant Curlee will not be served, he will not be a party to this cause of action, and this case will proceed only against those defendants on whom service is perfected. *See* Rule 4(m), Federal Rules of Civil Procedure.

Done, this 28th day of April 2020.

/s/   Charles S. Coody
UNITED STATES MAGISTRATE JUDGE