IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN MICHAEL REED, <br> AIS #221812, <br><br> Plaintiff, <br><br> v. <br><br> T.C. CURLEE (MPD), et. al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:20-CV-114-WHA-CSC <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed October 20, 2022, (Doc. 41), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED with prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

Done this 15th day of November, 2022.

     /s/   W. Harold Albritton
UNITED STATES DISTRICT JUDGE